IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE R. GRIFFIN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-05-25-F |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the court pursuant to Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed September 26, 2005. (Doc. no. 21). Defendant has responded by stating that it has no objection to the requested fees.

Plaintiff requests an award of attorney's fees in the amount of $4,521.40 for attorney and paralegal hours. There being no objection to the requested fees, and after consideration of the record, the Court finds and concludes that the application for fees under the Equal Access to Justice Act should be granted. Therefore, the Court does hereby:

**ORDER, ADJUDGE, AND DECREE** that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,521.40, to be made payable directly to Plaintiff's attorneys, Troutman & Troutman, P.C., Tax ID No.73-1487089, who will reimburse to the client the smaller of either the EAJA award or an subsequent award under 42 U.S.C. § 406(b), should one ultimately be authorized, as required by *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Entered this 30th day of September, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0025p004(pub).wpd